Fourth Department. October 16, 1896.) Certiorari by William H. Eldridge against Edgar B. Jewett, Charles A. Rupp, and James E. Curtiss, members of and constituting the board of police of the city of Buffalo. No opinion. Motion granted, without costs. All concur.

PEOPLE ex rel. JEFFERSON, Appellant, v. ROOSEVELT et al., Respondents. (Supreme Court, Appellate Division, First Department. December 11, 1896.) Certiorari by Thomas Jefferson against Theodore Roosevelt and others. L. J. Grant, for appellant. T. Connoly, for respondents. No opinion. Proceedings affirmed, with costs.

PEOPLE ex rel. JORDAN, Appellant, v. MARTIN et al., Respondents. (Supreme Court, Appellate Division, First Department. November 6, 1896.) Certiorari by Albert A. Jordan against James J. Martin and others. J. M. Tierney, for appellant. T. Farley, for respondents. No opinion. Proceedings affirmed, with costs.

PEOPLE ex rel. KENNEDY, Plaintiff, v. BUSH, Defendant. (Supreme Court, Appellate Division, Second Department. December 8, 1896.) Certiorari by Peter J. Kennedy against Wesley O. Bush, commissioner of the department of buildings, city of Brooklyn. No opinion. Determination confirmed, with costs. All concur.

PEOPLE ex rel. LAWYERS' SURETY CO. v. ANTHONY. (Supreme Court, Appellate Division, First Department. June, 1896.) Proceeding on the relation of the Lawyers' Surety Company against D. Edgar Anthony. No opinion. Motion granted, with $10 costs. See 39 N. Y. Supp. 1130, and 40 N. Y. Supp. 279.

PEOPLE ex rel. MEANY, Appellant, v. ROOSEVELT et al., Respondents. (Supreme Court, Appellate Division, First Department. December 11, 1896.) Certiorari by Richard Meany against Theodore Roosevelt and others. E. W. Hawke, for appellant. T. Farley, for respondents. No opinion. Proceedings affirmed, with costs.

PEOPLE ex rel. O'CONNOR, Appellant, v. ROOSEVELT et al., Respondents. (Supreme Court, Appellate Division, First Department. December 11, 1896.) Certiorari by William W. O'Connor against Theodore Roosevelt and others. R. J. Robeson, for appellant. T. Farley, for respondents. No opinion. Proceedings affirmed, with costs.

PEOPLE ex rel. STONE, Appellant, v. ODELL, Respondent. (Supreme Court. Appellate Division, First Department. November 13, 1896.) Proceeding on the relation of Andros B. Stone against Hamilton Odell. G. C. Lay, for appellant. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. SULLIVAN, Appellant, v. MARTIN et al., Respondents. (Supreme Court, Appellate Division, First Department. December 11, 1896.) Certiorari by John J. Sullivan against James J. Martin and others. L. J. Grant, for appellant. T. Connoly, for respondents. No opinion. Proceedings affirmed, with costs.

PEOPLE ex rel. TROY SUNDAY OBSERVER v. BOARD OF SUP'RS OF RENSSELAER COUNTY et al. (Supreme Court, Appellate Division, Third Department. December 18, 1896.) Proceeding on the relation of the Troy Sunday Observer against the board of supervisors of Rensselaer county and Daniel E. Conway. No opinion. Determination of the board of supervisors confirmed, with $50 costs and disbursements. All concur.

PEOPLE ex rel. TURNER, Appellant, v. PLIMLEY, Respondent. (Supreme Court, Appellate Division, First Department. July, 1896.) Herbert B. Turner, for appellant. Francis M. Scott and Thomas E. Rush, for respondent. No opinion. Order affirmed, with costs, upon the opinion of BEEKMAN, J., in the court below. See 41 N. Y. Supp. 365.

PEOPLE ex rel. VANDERHOOF, Respondent, v. PALMER, Comptroller, Appellant. (Supreme Court, Appellate Division, Second Department. October 13, 1896.) Application by John Vanderhoof for a writ of mandamus against George W. Palmer, Comptroller of the city of Brooklyn. No opinion. Order affirmed, with $10 costs and disbursements. All concur. See 38 N. Y. Supp. 651, and 39 N. Y. Supp. 1131.

In re PETERSON'S ESTATE. (Supreme Court, Appellate Division, First Department. June, 1896.) In the matter of the estate of Eugene Peterson, deceased. No opinion. Motion granted, with $10 costs.

PETTIT, Respondent, v. CITY OF BROOKLYN, Appellant. (Supreme Court, Appellate Division, Second Department. October 20, 1896.) Action by Smith Pettit against the city of Brooklyn. No opinion. Judgment and order affirmed, with costs. All concur.

PHOENIX MILLS, Appellant, v. FIRST NAT. BANK OF AMSTERDAM, Respondent. (Supreme Court, Appellate Division, Third Department. December 2, 1896.) Action by the Phœnix Mills against the First National Bank of Amsterdam. No opinion. Judgment affirmed, with costs. All concur.

PLATT et al. v. NEW YORK & S. B. RY. CO. et al. (Supreme Court, Appellate Division, Second Department. October 27, 1896.) Action by William O. Platt and William Man, as trustees, against the New York & Sea Beach Railway Company and others. No opinion. Motion for reargument denied. Motion for leave to appeal to the court of appeals granted. See 39 N. Y. Supp. 871.